UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
__San Antonio__ DIVISION

__Alton Crain__
PLAINTIFF

v.

__City of Selma__
DEFENDANT(S)

FILED
MAY - 4 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

CASE NUMBER SA16CA0408



MOTION FOR __Spoliation "Death Penalty" Sanction__

Now comes __Alton Crain__, Plaintiff *pro se*, and requests the Court to: __continue a pretrial conference hearing or motion, or the trial of an action.__

Date: __5-4-16__

Signature: _____

Address: __8528 Alton Blvd__
__Selma Texas 78154__

Phone: __210 667 8239__