AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAY 01 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| Alton Crain<br>*Plaintiff*<br>v.<br>City of Selma et al<br>*Defendant* | )<br>)<br>) Civil Action No. 5:16-cv-00408-XR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Defendants' motion for summary judgment (docket no. 107) is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE. The Clerk shall enter Judgment that Plaintiff take nothing by his claims, and that all claims are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Xavier Rodriguez

Date: 05/01/2019

CLERK OF COURT

_____, Amy Jackson
*Signature of Clerk or Deputy Clerk*